AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
FILED
IN CLERKS OFFICE

District of
MASSACHUSETTS

Louis Balestracci; Jean Bonville; Andrew Carr; Robert Comeau; 2004 JUN 10 A II: 16
Leo Conelly, Jr.; Thomas Dearn; Richard Eldredge; Richard Fletcher;
Brian Hawkesworth; Beauford Hunt; Robert Lawrence;
Joseph Lopes; David Mann, Gary Meyn; Russell     **SUMMONS IN A CIVIL ACTION**
Nickerson; Diane Owens; Ernest Quintin;          U.S. DISTRICT COURT
Donna Rene; Joseph Socha; Stephen Watts;         DISTRICT OF MASS.
and Dunstan Whitlock                             04  11103  NG

V.

NSTAR Electric and Gas Corporation

CASE NUMBER:   04-11103 NG

TO: (Name and address of Defendant)     NSTAR Electic and Gas Corporation
                                        c/o  Richard J. Morrison
                                             800 Boylston Street, P1700
                                             Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Warren H. Pyle, Esq.
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

MAY 25 2004

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              Signature of Server

                          _____
                          Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

JUN – 9 2004

June 8, 2004
I hereby certify and return that on 6/3/2004 at 2:25:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to K.Kearns,Legal, for Nstar Electric and Gas Corporation, at , 800 Boylston Street, c/o Richard J. Morrison Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   Daniel Murray                    _____
                                                  Deputy Sheriff