UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************

LOUIS BALESTRACCI, et al.,

    Plaintiffs,

v.

NSTAR ELECTRIC & GAS CORPORATION,

    Defendant

*********************************************

FILED
IN CLERK'S OFFICE

2004 JUN 23 P 2: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-11103-EFH

## NOTICE OF APPEARANCE FOR DEFENDANT NSTAR ELECTRIC AND GAS CORPORATION

The undersigned counsel hereby enter their appearance on behalf of the Defendant NSTAR Electric and Gas Corporation.

Respectfully submitted,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
Telephone: (617) 523-6666
Telecopy: (617) 367-3125

By: s/Keith B. Muntyan (rpm)
Keith B. Muntyan
B.B.O. #361380

By: _____
Robert P. Morris
B.B.O. #546052

Dated: June 23, 2004

## CERTIFICATE OF SERVICE

      I, Robert P. Morris, certify that on June 23, 2004, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

                                                                  Robert P. Morris