UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
LOUIS BALESTRACCI, JEAN                 *
BONVILLE, ANDREW CARR, ROBERT           *
COMEAU, LEO CONELLY, JR.,               *
THOMAS DEARN, RICHARD                   *
ELDREDGE, RICHARD FLETCHER,             *
BRAIN HAWKESWORTH, BEAUFORD             *
HUNT, ROBERT LAWRENCE, JOSEPH           *
LOPES, DAVID MANN, GARY MEYN,           *
RUSSELL NICKERSON, DIANE                *
OWENS, ERNEST QUINTIN, DONNA            *   Civil Action No. 04-11103-EFH
RENE, JOSEPH SOCHA, STEPHEN             *
WATTS, and DUNSTAN WHITLOCK,            *
                                        *
    Plaintiffs,                         *
                                        *
        v.                              *
                                        *
NSTAR ELECTRIC & GAS CORPORATION,       *
                                        *
    Defendant                           *
*********************************************

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant NSTAR Electric and Gas Corporation ("NSTAR") moves to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. The grounds in support of this motion, as set forth in the Memorandum of Law submitted herewith, are that the claims asserted by Plaintiffs in this action were decided in NSTAR's favor in "Utility Workers Local 369, et al. v. NSTAR Electric and Gas Corporation, Civil Action No. 03-10530-EFH". On May 12, 2004, this Court granted summary judgment against the Plaintiffs in that action. This decision disposes of the issues raised by the Plaintiffs herein.

Respectfully submitted,

NSTAR ELECTRIC AND GAS CORPORATION

By its Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

By: _____
Keith B. Muntyan
B.B.O. No. 361380
Robert P. Morris
B.B.O. No. 546052

Dated: June 23, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on June 23, 2004, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108

_____
Robert P. Morris