United States District Court
District of Massachusetts

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRAIN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH, SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br><br>v.<br><br>NSTAR ELECTRIC & GAS CORPORATION | Civil Action No. 04-CV-11103-EFH |

**MOTION FOR EXPEDITED DISCOVERY SCHEDULE OR FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND INCORPORATED MEMORANDUM**

Plaintiffs move for leave to take expedited discovery to be completed by October 15, 2004, prior to filing a response to defendant's motion to dismiss. If the Court denies plaintiffs' motion for discovery, plaintiffs request an enlargement of time for three weeks from the date of the Court's action in which to submit an opposition to the motion to dismiss.

This is an action by twenty-one retired employees of Commonwealth Gas Company, which is now a wholly-owned subsidiary of defendant NStar Electric and Gas Corporation. The plaintiffs' complaint alleges that in 1997 and again in 1999 Commonwealth Gas Company offered its employees voluntary early retirement incentive plans that included, among other things, an explicit written promise of lifetime dental

1

care and that in the year 2003 NStar notified them that their dental care would end the first day of the month they turn age 65. The complaint seeks an order compelling NStar to continue dental coverage for their lifetimes, as promised, and for damages and other relief. The three counts of the complaint allege violation of the retiree insurance plan, equitable or promissory estoppel and breach of fiduciary responsibility.

The Court has set an Initial Scheduling Conference in this case for September 22, 2004.

NStar has filed a motion to dismiss with supporting documents. Plaintiffs request the normal opportunity for discovery in order to respond to the motion to dismiss. Plaintiff's discovery would include depositions of Commonwealth Gas employees who were involved in formulating and communicating the terms of the retirement incentive plans and related document requests.

Charles J. Senior, et al. v. NSTAR Electric and Gas Corp. et al., Civil Action No. 04-CV-10160-EFH is a related case which includes, among other things, a claim for wrongful cancellation of promised lifetime dental coverage under related early retirement offers. The Court held an initial scheduling conference on June 1, 2004. Defendant NStar argued that the case involved essentially the same facts as a case brought by another labor organization and other retirees, Utility Workers, Local 369, et al. v. NStar Electric and Gas Corp., Civil Action No. 03-10530-EFH, in which the Court dismissed the complaint. At the scheduling conference NStar argued that the Senior case should be dismissed without discovery. The Court refused to dismiss the complaint without an opportunity for discovery and entered the following order:

> After a Initial Scheduling Conference on June 1, 2004, the Court orders a
> 90-day expedited discovery period, at the conclusion of which the defendants

shall file their Motion to Dismiss/Motion for Summary Judgment.

Plaintiffs seek a like 90-day expedited discovery order in this case.

If the Court should deny plaintiffs an opportunity for discovery prior to consideration of the motion to dismiss, plaintiffs request an enlargement of time of twenty-one days from the Court's disposition of this motion to submit an opposition to the motion to dismiss with supporting memorandum.

Respectfully submitted,

LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRAIN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK

By their attorneys,

 s/Warren H. Pyle
Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten, Ehrenberg,
& Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: July 7, 2004

Certificate of Compliance

I certify that I have complied with the requirement of Local Rule 7.1(a)(2) by conferring with counsel for defendant NStar Electric & Gas Corporation in a good faith effort to resolve or narrow the issues.

                                                 s/Warren H. Pyle
                                                 Warren H. Pyle

Certificate of Service

I certify that on July 7, 2004, I caused a true copy of this document to be served by first class mail to defendant's attorney.

                                                 s/Warren H. Pyle
                                                 Warren H. Pyle, Esq. (BBO #408400)