United States District Court
District of Massachusetts

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRAIN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH, SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br>v.<br>NSTAR ELECTRIC & GAS CORPORATION | Civil Action No.<br>04 11103 NG |

## MOTION TO AMEND COMPLAINT BY
## ADDING AN ADDITIONAL PLAINTIFF

The plaintiffs move to amend the complaint in this matter by adding the name of John H. Corcoran, Jr.

Respectfully Submitted,

LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRAIN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK

By their attorneys,

_/s/ Warren H. Pyle_
Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten, Ehrenberg,
& Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: July 29, 2004

1

## Certificate

I certify, pursuant to Local Rule 7.1(a)(2) that I have conferred with counsel for the defendant in a good faith effort to resolve the subject of the foregoing motion.

_____
Warren H. Pyle

## Certificate of Service

I certify that I served a copy of the foregoing motion on Keith Muntyan, Morgan Brown & Joy, One Beacon Street, Boston MA 02108, on July 29, 2003

_____
Warren H. Pyle