UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRAIN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> NSTAR ELECTRIC & GAS CORPORATION, <br><br> Defendant | Civil Action No. 04-11103-EFH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO CONTINUE DISCOVERY AND OTHER CASE DEADLINES

Plaintiffs and Defendant NSTAR Electric and Gas Corporation ("NSTAR") hereby move that the deadline for completing discovery and filing dispositive motions be continued from October 15, 2004, to and including November 1, 2004. The grounds for this motion are as follows:

1.   This is an action by Plaintiff retirees who were management (non-union) employees at the time of their retirement from NSTAR and its predecessors. The Plaintiffs challenge modifications to retiree health benefits implemented on or about April 1, 2003.

2.   On or about July 13, 2004, this Court granted Plaintiffs' Motion for Expedited Discovery (filed in response to a motion to dismiss filed by NSTAR). Under the schedule adopted

by this Court, discovery must be completed, and dispositive motions filed, by October 15, 2004.

3.	Plaintiffs and NSTAR request that the discovery and dispositive motion deadlines be extended, both to accommodate vacations and other scheduling issues for the conducting of depositions, and also to coordinate this action with the related action of <u>Charles J. Senior, et al. v. NSTAR Electric and Gas Corporation et al.</u>, Civil Action No. 04-10160. In <u>Senior</u>, the Plaintiffs are retirees represented by Local 12004 of the United Steelworkers of America during their employment with NSTAR and its predecessors. The Plaintiffs in <u>Senior</u> challenge modifications to retiree health benefits implemented on or about April 1, 2003. Discovery is currently scheduled to close in <u>Senior</u> by August 31, 2004. In the interest of judicial economy, and limiting the resources expended by both parties in these related matters, the parties propose that the discovery and dispositive motion deadlines in both matters be continued to and including November 1, 2004.[1]

WHEREFORE, the parties pray that this motion be allowed, and that the deadline for completing discovery and filing dispositive motions be continued to and including November 1, 2004.

---

[1] A separate motion to continue case deadlines is being filed in <u>Senior</u>.

2

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LOUIS BALESTRACCI, et al., | NSTAR ELECTRIC AND GAS CORPORATION , |
| By their Attorneys, | By its Attorneys, |
| PYLE, ROME, LICHTEN EHRENBERG & LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | MORGAN, BROWN & JOY, LLP<br>One Boston Place<br>Boston, MA 02108-4472<br>(617) 523-6666 |
| By: _____<br>Warren H. Pyle<br>B.B.O. #408400 | By: _____<br>Keith B. Muntyan<br>B.B.O. #361380<br>Robert P. Morris<br>B.B.O. #546052 |
| Dated: August 9, 2004 | Dated: August 9, 2004 |

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on August 9, 2004, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris