UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRAIN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK,

Plaintiffs,

v.

NSTAR ELECTRIC & GAS CORPORATION,

Defendant

Civil Action No. 04-11103-EFH

## ANSWER OF DEFENDANT
## NSTAR ELECTRIC AND GAS CORPORATION

For its answer to the Plaintiffs' Complaint, Defendant NSTAR Electric and Gas Corporation ("NSTAR") states as follows:

The introductory, unnumbered paragraph to the Complaint contains allegations as to which no responsive pleading is required. To the extent a responsive pleading is required, Defendant denies the allegations therein.

1. Paragraph 1 of the Complaint contains allegations as to which no responsive pleading is required. To the extent a responsive pleading is required, Defendant denies the allegations therein.

2. Defendant admits the allegations in paragraph 2 of the Complaint, except that Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation that "the plaintiffs are residents of various cities and towns in eastern Massachusetts."

3. Defendant admits the allegations in paragraph 3 of the Complaint, except that Defendant denies that its principal office is in Westwood, Massachusetts.

4. Defendant admits the allegations in the first six (6) sentences of paragraph 4 of the Complaint, except that Defendant states that the benefit programs and related documents speak for themselves, and contain additional provisions not alleged by Plaintiffs in paragraph 4 of the Complaint. Further answering, Defendant admits the allegations in the seventh and eighth sentences of paragraph 4 of the Complaint.

5. Defendant admits the allegations in paragraph 5 of the Complaint, except that Defendant states that the benefit programs and related documents speak for themselves, and contain additional provisions not alleged by Plaintiffs in paragraph 5 of the Complaint.

6. Defendant admits the allegations in paragraph 6 of the Complaint, except that Defendant states that that the communications to retirees speak for themselves, and addressed additional matters not alleged by Plaintiffs in paragraph 6 of the Complaint.

7. Defendant repeats and realleges its responses to paragraphs 1-6 of the Complaint. Further answering, Defendant denies the allegations in paragraph 7 of the Complaint.

8. Defendant repeats and realleges its responses to paragraphs 1-6 of the Complaint. Further answering, Defendant denies the allegations in paragraph 8 of the Complaint.

9. Defendant repeats and realleges its responses to paragraphs 1-6 of the Complaint. Further answering, Defendant denies the allegations in paragraph 9 of the Complaint.

### AFFIRMATIVE DEFENSES

1. The Complaint fails in whole or in part to state a claim upon which relief can be granted.

2. Any promises of lifetime health insurance coverage, or any similar promise, fail for want of authority of the alleged speakers.

3. Plaintiffs' claims are barred in whole or in part by the applicable Statute of Frauds.

4. Plaintiffs' claims are barred in whole or in part by a failure of consideration.

5. Any claims under state law are pre-empted by the Employee Retirement Income Security Act, 29 U.S.C. §1001 et seq. ("ERISA").

6. ERISA is inapplicable to one or more of the programs upon which Plaintiffs' claims are based.

WHEREFORE, having answered herein, Defendant prays that the Complaint be dismissed with prejudice, and that Defendant be awarded its costs, reasonable attorneys fees, and any further relief as this Court deems just and appropriate.

Respectfully submitted,

NSTAR ELECTRIC AND GAS
CORPORATION

By its Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

By: _____
Keith B. Muntyan
B.B.O. No. 361380
Robert P. Morris
B.B.O. No. 546052

Dated: August 11, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on August 11, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris

4