United States District Court
District of Massachusetts

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONNELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br>Plaintiffs<br>v.<br><br>NSTAR ELECTRIC & GAS CORPORATION<br>Defendant | Civil Action No. 04-CV-11103-EFH |

**MOTION TO RESCHEDULE SCHEDULING CONFERENCE**

Plaintiffs move, with the assent of the Defendant, to change the date of the scheduling conference from September 22, 2004, when Plaintiffs' counsel will be out of the country on vacation, to October 12, 2004, at 2:00 p.m.

The parties are engaging in discovery, so that a postponement of the conference will not delay the disposition of the case.

1

<table>
<tr><td></td><td>Respectfully Submitted,<br><br>LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONNELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br><br>By their attorneys,<br><br>s/Warren H. Pyle<br>Warren H. Pyle, BBO #408400<br>Pyle, Rome, Lichten, Ehrenberg,<br>    & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108</td></tr>
<tr><td>Dated: August 30, 2004</td><td>(617) 367-7200</td></tr>
</table>

<u>Certificate of Service</u>

    I certify that on August 30, 2004, I caused a true copy of this document to be served by first class mail to defendant's attorney.

                                              s/Warren H. Pyle
                                              Warren H. Pyle, Esq. (BBO #408400)