UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRAIN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> NSTAR ELECTRIC & GAS CORPORATION, <br><br> Defendant | Civil Action No. 04-11103-EFH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSE OF DEFENDANT NSTAR ELECTRIC AND GAS CORPORATION TO AMENDED COMPLAINT OF PLAINTIFFS

For its answer to the Plaintiffs' Amended Complaint, which made the sole change of adding John H. Corcoran, Jr. as a Plaintiff, Defendant incorporates by reference the "Answer of Defendant NSTAR Electric and Gas Corporation," filed on or about August 11, 2004.

Respectfully submitted,

NSTAR ELECTRIC AND GAS CORPORATION

By its Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
(617) 523-6666

By: _____
Keith B. Muntyan
B.B.O. No. 361380
Robert P. Morris
B.B.O. No. 546052

Dated: August 25, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on August 25, 2004, I caused to be served a copy of the within pleading by first class mail on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris