UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
LOUIS BALESTRACCI, JEAN                    *
BONVILLE, ANDREW CARR, ROBERT              *
COMEAU, LEO CONELLY, JR.,                  *
THOMAS DEARN, RICHARD                      *
ELDREDGE, RICHARD FLETCHER,                *
BRIAN HAWKESWORTH, BEAUFORD                *
HUNT, ROBERT LAWRENCE, JOSEPH              *
LOPES, DAVID MANN, GARY MEYN,              *
RUSSELL NICKERSON, DIANE                   *
OWENS, ERNEST QUINTIN, DONNA               *   Civil Action No. 04-11103-EFH
RENE, JOSEPH SOCHA, STEPHEN                *
WATTS, and DUNSTAN WHITLOCK,               *
                                           *
     Plaintiffs,                           *
                                           *
          v.                               *
                                           *
NSTAR ELECTRIC & GAS CORPORATION,          *
                                           *
     Defendant                             *
*******************************************
```

## JOINT STATEMENT

Pursuant to this Court's order entered on September 2, 2004 the Plaintiffs Louis Balestracci, et al., and Defendant NSTAR Electric and Gas Corporation hereby state as follows:

1. The parties jointly propose that discovery will be completed by November 15, 2004, and that summary judgment motions be filed no later than December 15, 2004. Such schedule of events is identical to that adopted by this Court in <u>Senior, et al v. NSTAR Electric and Gas Corporation, et al</u>., Civil Action No. 04-10160-EFH.

2. Plaintiffs' certification will be submitted at the Scheduling Conference. Defendants' certification is submitted herewith.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LOUIS BALESTRACCI, et al., | NSTAR ELECTRIC AND GAS CORPORATION , |
| By their Attorneys**,** | By its Attorneys, |
| PYLE, ROME, LICHTEN EHRENBERG & LISS-RIORDAN, P.C. <br> 18 Tremont Street, Suite 500 <br> Boston, MA 02108 <br> (617) 367-7200 | MORGAN, BROWN & JOY, LLP <br> One Boston Place <br> Boston, MA 02108-4472 <br> (617) 523-6666 |
| By:___s/Warren H. Pyle <br>     Warren H. Pyle <br>     B.B.O. #408400 | By:___s/Robert P. Morris <br>     Keith B. Muntyan <br>     B.B.O. #361380 <br>     Robert P. Morris <br>     B.B.O. #546052 |
| Dated: October 6, 2004 | Dated:   October 6, 2004 |