UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK,** | |
| **Plaintiffs,** | Civil Action No. 04-11103-EFH |
| v. | |
| **NSTAR ELECTRIC & GAS CORPORATION,** | |
| **Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION OF DEFENDANT REQUIRED BY RULE 16.1 D(3)

In accordance with Rule 16.1(D)(3) of the Local Rules of the U.S. District Court for the District of Massachusetts, and in anticipation of the Scheduling Conference on October 21, counsel for Defendant and Defendant hereby affirm as follows:

NSTAR Electric and Gas Corporation and its counsel have conferred: a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| s/Robert P. Morris | s/Richard J. Morrison |
| Keith B. Muntyan, Esq. | Richard Morrison, Esq. |
| B.B.O. #361380 | Associate General Counsel |
| Robert P. Morris, Esq. | and Assistant Clerk |
| B.B.O. #546052 | NSTAR Electric and Gas |
| MORGAN, BROWN & JOY, LLP | Corporation |
| One Boston Place | 800 Boylston Street |
| Boston, MA 02108-4472 | Boston, MA 02199 |
| (617) 523-6666 | (617) 424-2000 |
| | |
| Dated: October 1, 2004 | Dated: October 1, 2004 |