# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

LOUIS BALESTRACCI, ET AL.,
                Plaintiffs

           v.                          CIVIL ACTION NO.:
                                         04-11103-EFH

NSTAR ELECTRIC & GAS CORPORATION,
                Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

October 5, 2004

HARRINGTON, S.D.J.

      The plaintiffs are ordered to respond to the Defendant's Motion to Dismiss on or before November 1, 2004.  <u>Plaintiffs' response was due on July 7, 2004</u>.  Failure of the plaintiffs to submit their response on or before the ordered date will result in defendant's motion being granted.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge