United States District Court
District of Massachusetts

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONNELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br>          Plaintiffs<br>v.<br><br>NSTAR ELECTRIC & GAS CORPORATION<br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 04-CV-11103-EFH |

## PLAINTIFFS' CERTIFICATE UNDER LOCAL RULE 16.1

It is certified that the undersigned plaintiffs and counsel have conferred (1) with a view to establishing a budget for the costs of conducting the full course of litigation, and various alternative courses, and (2) concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

_____
Louis Balestracci

_____
Jean Bonville

_____
Andrew Carr

_____
Robert Comeau

_____
Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten, Ehrenberg,
   & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

_____
Leo Connelly, Jr.

_____
John Corcoran, Jr.

_____
Thomas Dearn

_____
Richard Eldredge

_____
Brian Hawesworth

_____
Beauford Hunt

_____
Robert Lawrence

_____
Joseph Lopes

_____
David Mann

_____
Gary Meyn

_____
Russell Nickerson

_____
Diane Owens

_____
Ernest Quintin

_____
Donna Rene

_____
Joseph Socha

2

Stephen Watts

Dunstan Whitlock

Dated:  September 29, 2004

### Certificate of Service

I certify that on _October 12_, 2004, I caused a true copy of this document to be served by ~~first class mail~~ to defendant's attorney.

hand

Warren H. Pyle, Esq. (BBO #408400)