United States District Court
District of Massachusetts

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONNELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br>Plaintiffs<br>v.<br><br>NSTAR ELECTRIC & GAS CORPORATION<br>Defendant | Civil Action No. 04-CV-11103-EFH |

## PLAINTIFFS' CERTIFICATE UNDER LOCAL RULE 16.1

It is certified that the undersigned plaintiff and counsel have conferred (1) with a view to establishing a budget for the costs of conducting the full course of litigation, and various alternative courses, and (2) concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

_____
Andrew Carr

_____
Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten, Ehrenberg,
   & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: October 14, 2004

Dated: October ___, 2004

## Certificate of Service

I certify that on ___October 21___, 2004, I caused a true copy of this document to be served by first class mail to defendant's attorney.

_____
Warren H. Pyle, Esq. (BBO #408400)