United States District Court
District of Massachusetts

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN ) <br> BONVILLE, ANDREW CARR, ROBERT ) <br> COMEAU, LEO CONNELLY, JR., ) <br> JOHN H. CORCORAN, JR., THOMAS ) <br> DEARN, RICHARD ELDREDGE, ) <br> RICHARD FLETCHER, BRIAN ) <br> HAWKESWORTH, BEAUFORD HUNT ) <br> ROBERT LAWRENCE, JOSEPH LOPES, ) <br> DAVID MANN, GARY MEYN, ) <br> RUSSELL NICKERSON, DIANE ) <br> OWENS, ERNEST QUINTIN, DONNA ) <br> RENE, JOSEPH SOCHA, STEPHEN ) <br> WATTS, and DUNSTAN WHITLOCK ) <br>                     Plaintiffs ) <br> v.                            ) <br>                             ) <br> NSTAR ELECTRIC & GAS ) <br> CORPORATION ) <br>                     Defendant ) | Civil Action No. 04-CV-11103-EFH |

## PLAINTIFFS' CERTIFICATE UNDER LOCAL RULE 16.1

It is certified that the undersigned plaintiff and counsel have conferred (1) with a

view to establishing a budget for the costs of conducting the full course of litigation, and

various alternative courses, and (2) concerning the resolution of the litigation through the

use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

_____
John H. Corcoran, Jr.

Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten, Ehrenberg,
     & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated:  October 15, 2004

Dated:  October ___, 2004

<u>Certificate of Service</u>

I certify that on _____ , 2004, I caused a true copy of this document
to be served by first class mail to defendant's attorney.

_____
Warren H. Pyle, Esq. (BBO #408400)

2