United States District Court
District of Massachusetts

LOUIS BALESTRACCI, JEAN )
BONVILLE, ANDREW CARR, ROBERT )
COMEAU, LEO CONNELLY, JR., )
JOHN H. CORCORAN, JR., THOMAS )
DEARN, RICHARD ELDREDGE, )
RICHARD FLETCHER, BRIAN )
HAWKESWORTH, BEAUFORD HUNT )
ROBERT LAWRENCE, JOSEPH LOPES, )
DAVID MANN, GARY MEYN, ) Civil Action No. 04-CV-11103-EFH
RUSSELL NICKERSON, DIANE )
OWENS, ERNEST QUINTIN, DONNA )
RENE, JOSEPH SOCHA, STEPHEN )
WATTS, and DUNSTAN WHITLOCK )
              Plaintiffs )
v. )
  )
NSTAR ELECTRIC & GAS )
CORPORATION )
              Defendant )

### PLAINTIFFS' CERTIFICATE UNDER LOCAL RULE 16.1

It is certified that the undersigned plaintiff and counsel have conferred (1) with a view to establishing a budget for the costs of conducting the full course of litigation, and various alternative courses, and (2) concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

_____
Thomas Dearn

_____
Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten, Ehrenberg,
& Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: October 25, 2004

Dated: October 27, 2004

Certificate of Service

I certify that on _____October 27_____, 2004, I caused a true copy of this document to be served by first class mail to defendant's attorney.

_____
Warren H. Pyle, Esq. (BBO #408400)