UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LOUIS BALESTRACCI, JEAN \*
BONVILLE, ANDREW CARR, ROBERT \*
COMEAU, LEO CONELLY, JR., \*
JOHN CORCORAN, THOMAS DEARN, \*
RICHARD ELDREDGE, RICHARD \*
FLETCHER, BRIAN HAWKESWORTH, \*
BEAUFORD HUNT, ROBERT LAWRENCE, \*
JOSEPH LOPES, DAVID MANN, \*       Civil Action No. 04-11103-EFH
GARY MEYN, RUSSELL NICKERSON, \*
DIANE OWENS, ERNEST QUINTIN, \*
DONNA RENE, JOSEPH SOCHA, STEPHEN \*
WATTS, and DUNSTAN WHITLOCK, \*
    \*
    Plaintiffs, \*
    \*
v. \*
    \*
NSTAR ELECTRIC & GAS CORPORATION, \*
    \*
    Defendant \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Stamp: 2004 DEC 17 P 2:11 FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT)

## JOINT MOTION TO CONTINUE DISCOVERY AND OTHER CASE DEADLINES

Plaintiffs Louis Balestracci, et al. (collectively referred to as "Plaintiffs"), and Defendant NSTAR Electric and Gas Corporation ("NSTAR"), jointly move that the deadline for completing all discovery (including production of expert reports and completion of expert depositions) be continued from December 10, 2004 to and including January 14, 2005, and that the deadline for filing dispositive motions be continued from January 14, 2005 to and including February 11, 2005. The grounds for this motion are as follows:

1.      This is an action by Plaintiff retirees who were management employees at the time of their retirement from NSTAR and its predecessors. The Plaintiffs challenge modifications to

retiree dental benefits implemented in 2003.

2.  Due to the illness of Defendants' counsel, Robert P. Morris, Esq., and other scheduling difficulties, the parties have been unable to complete discovery within the time allotted. An identical motion is being filed in the related action of <u>Charles J. Senior, et al. v. NSTAR Electric and Gas Corporation</u>, Civil Action No. 04-10160-EFH.

WHEREFORE, the parties pray that this motion be allowed, and that the deadline for completing discovery be continued to and including January 14, 2005, and that the deadline for filing dispositive motions be continued to and including February 11, 2005.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| LOUIS BALESTRACCI, et al., | NSTAR ELECTRIC AND GAS CORPORATION, |
| By their Attorneys, | By its Attorneys, |
| PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | MORGAN, BROWN & JOY, LLP<br>One Boston Place<br>Boston, MA 02108-4472<br>(617) 523-6666 |
| By: _/s/ Warren H. Pyle_<br>Warren H. Pyle<br>B.B.O. #408400 | By: _/s/ Keith B. Muntyan_<br>Keith B. Muntyan<br>B.B.O. #361380<br>Robert P. Morris<br>B.B.O. #546052 |
| Dated: December 17, 2004 | Dated: December 17, 2004 |