## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
*********************************** 
LOUIS BALESTRACCI, JEAN            *
BONVILLE, ANDREW CARR, ROBERT      *
COMEAU, LEO CONELLY, JR.,          *
JOHN CORCORAN, THOMAS DEARN,       *
RICHARD ELDREDGE, RICHARD          *
FLETCHER, BRIAN HAWKESWORTH,       *
BEAUFORD HUNT, ROBERT LAWRENCE,    *
JOSEPH LOPES, DAVID MANN,          *   Civil Action No. 04-11103-EFH
GARY MEYN, RUSSELL NICKERSON,      *
DIANE OWENS, ERNEST QUINTIN,       *
DONNA RENE, JOSEPH SOCHA, STEPHEN  *
WATTS, and DUNSTAN WHITLOCK,       *
                                   *
              Plaintiffs,          *
                                   *
        v.                         *
                                   *
NSTAR ELECTRIC & GAS CORPORATION,  *
                                   *
              Defendant            *
***********************************
```

### JOINT MOTION TO CONTINUE DATE FOR FILING SUMMARY JUDGMENT MOTIONS

Plaintiffs Louis Balestracci, et al. (collectively referred to as "Plaintiffs"), and Defendant NSTAR Electric and Gas Corporation ("NSTAR"), jointly move that the deadline for filing summary judgment motions be continued from February 11, 2005, to and including March 4, 2005. The grounds for this motion are as follows:

1. This is an action by Plaintiff retirees who were management employees at the time of their retirement from NSTAR and its predecessors. The Plaintiffs challenge modifications to retiree dental benefits implemented in 2003.

2. While discovery has recently been completed, both Plaintiffs and NSTAR intend to

seek summary judgment. Due to the voluminous record in this action, including thousands of pages of document production and numerous depositions, additional time is required for preparation of these motions.

3. Both counsel for Plaintiffs and NSTAR have significant other commitments in the near future, including a major brief which Plaintiffs must file with the National Labor Relations Board by February 24, and a brief with the Appeals Court of Massachusetts which Defendants' counsel must file by March 11.

4. This case has proceeded on a parallel track with the related action of <u>Charles J. Senior, et al. v. NSTAR Electric and Gas Corporation</u>, Civil Action No. 04-10160-EFH. One of the Plaintiffs in that action (Charles J. Senior) recently died, resulting in the substitution of a new Plaintiff, whose deposition will be completed only shortly before the current deadline for filing dispositive motions. An identical motion for extension of time is being filed in that action.

WHEREFORE, the parties pray that this motion be allowed, and that the deadline for filing summary judgment motions be continued from February 11, 2005, to and including March 4, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LOUIS BALESTRACCI, et al., | NSTAR ELECTRIC AND GAS CORPORATION, |
| By their Attorneys, | By its Attorneys, |
| PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, MA 02109-2605<br>(617) 523-6666 |
| By:  s/Warren H. Pyle<br>       Warren H. Pyle<br>       B.B.O. #408400 | By:  s/Robert P. Morris<br>       Keith B. Muntyan<br>       B.B.O. #361380<br>       Robert P. Morris<br>       B.B.O. #546052 |
| Dated: February 7, 2005 | Dated: February 7, 2005 |