UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR -4 P 2:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONNELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br>Plaintiffs<br>v.<br><br>NSTAR ELECTRIC & GAS CORPORATION<br>Defendant | Civil Action No. 04-CV-11103-EFH |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs move for summary judgment ruling defendant NSTAR Electric and Gas Corporation violated their rights by announcing that employees who retired under the terms of the 1997 Personnel Retirement Program and the 1999 Voluntary Separation Program who were not age 65, and their spouses, would have their dental coverage terminated when they reach age 65. NSTAR should be ordered to continue dental coverage for plaintiffs for their lifetimes and for their spouses for an additional year thereafter.

In support of this motion plaintiffs submit a Statement of Undisputed Facts and a Brief in Support of Motion for Summary Judgment.

Respectfully submitted:

LOUIS BALESTRACCI, et als.,
By their attorneys,

*Warren H. Pyle*

Warren H. Pyle, BBO # 408400
Pyle, Rome, Lichten, Ehrenberg
& Liss-Riordan
18 Tremont Street, Suite 500
Boston, MA 02108
Tel: (617) 367-7200

Dated:  March 4, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record, by hand delivery, on March 4, 2005.

*Warren H Pyle*

Warren H. Pyle