UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -4  P 2: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONNELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br>  Plaintiffs<br>v.<br><br>NSTAR ELECTRIC & GAS CORPORATION<br>  Defendant | Civil Action No. 04-CV-11103-EFH |

**EXHIBITS TO PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

A. 1997 Personnel Reduction Program.

B. Information Relative to Employee Benefits Upon Your Retirement Date (Prepared for Robert Comeau)

C. Excerpt from Dental Blue Plan (Peloquin dep. Exh. 19).

D. 1999 Voluntary Separation Program.

E. F. Information Relative to Employee Benefits Upon Your Retirement Date (Prepared for John J. Corcoran, Jr.)

F. Release document.

G. Dental Blue Plan (Owens dep. Exh. 5.)

H. Deposition transcript of Bernard Peloquin in <u>Senior et als. v. NSTAR Electric and Gas Company</u>, Civil Action 04-10160-EFH, 10/20/04 (Volume 1), pages 1-4, 15, 18, 22-25, 27-29, 33, 41, 52, 55-56, 62-71; and 10/21/04 (Volume 2) pages 8-11, 14-18, 21-23, 29.

I. Affidavits of Plaintiffs Louis Balestracci, Jean Bonville, Andrew Carr, Robert Comeau, Leo Connelly, Jr., John J. Corcoran, Jr., Thomas Dearn, Richard Eldredge, Brian Hawkesworth, Beauford L. Hunt, Jr., Joseph Lopes, David Mann, Gary Meyn, Diane Owens, Ernest Quintin, Steven Watts and Dunstan Whitlock.

J. Affidavit of Carol S. Chandor.

> Respectfully submitted:
>
> LOUIS BALESTRACCI, et als.,
> By their attorneys,
>
> _____
> Warren H. Pyle, BBO # 408400
> Pyle, Rome, Lichten, Ehrenberg
>   & Liss-Riordan
> 18 Tremont Street, Suite 500
> Boston, MA 02108
> Tel: (617) 367-7200

Dated: March 4, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record, by hand delivery, on March 4, 2005.

_____
Warren H. Pyle