UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

LOUIS BALESTRACCI, JEAN
BONVILLE, ANDREW CARR, ROBERT
COMEAU, LEO CONELLY, JR., JOHN
CORCORAN, JR., THOMAS DEARN,
RICHARD ELDREDGE, RICHARD
FLETCHER, BRIAN HAWKESWORTH,
BEAUFORD HUNT, ROBERT LAWRENCE,
JOSEPH LOPES, DAVID MANN, GARY
MEYN, RUSSELL NICKERSON, DIANE
OWENS, ERNEST QUINTIN, DONNA
RENE, JOSEPH SOCHA, STEPHEN
WATTS, and DUNSTAN WHITLOCK,

Plaintiffs,

v.

NSTAR ELECTRIC & GAS CORPORATION,

Defendant

*******************************************

Civil Action No. 04-11103-EFH

FILED
IN CLERKS OFFICE

2005 MAR -4 P 2: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANT'S RENEWED MOTION TO DISMISS, AND MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(6) and 56(b), Defendant NSTAR Electric and Gas Corporation ("NSTAR") renews its Motion to Dismiss the Complaint, filed on or about June 23, 2004, and moves for the entry of summary judgment in its favor on all counts of Plaintiffs' Amended Complaint, as most recently sought to be amended by motion filed on February 28, 2005. The grounds for this motion, as set forth in the memorandum of law submitted herewith, and based on the Statement of Undisputed, Material Facts Submitted by NSTAR Electric and Gas Corporation Pursuant to Local Rule 56.1, also submitted herewith, are that Plaintiffs' claims, based on the modification of retiree dental benefits effective April 1, 2003, are identical to claims raised in Utility

Workers, Local 369 v. NSTAR Electric and Gas Corp., 317 F. Supp.2d 69 (D. Mass. 2004), in which this Court entered summary judgment for NSTAR.

For all the above reasons, NSTAR's motion should be allowed, judgment entered in NSTAR's favor, and Plaintiffs' Amended Complaint dismissed, with prejudice.

### CERTIFICATE

I certify that I have discussed the foregoing motion with Plaintiffs' counsel in an effort to resolve the underlying issues.

Respectfully submitted,

NSTAR ELECTRIC AND GAS CORPORATION

By its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

By: _____
Keith B. Muntyan
B.B.O. No. 361380
Robert P. Morris
B.B.O. No. 546052

Dated: March 4, 2005

### CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on March 4, 2005, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris