UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -4 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LOUIS BALESTRACCI, JEAN &ast;
BONVILLE, ANDREW CARR, ROBERT &ast;
COMEAU, LEO CONELLY, JR., JOHN &ast;
CORCORAN, JR., THOMAS DEARN, &ast;
RICHARD ELDREDGE, RICHARD &ast;
FLETCHER, BRIAN HAWKESWORTH, &ast;
BEAUFORD HUNT, ROBERT LAWRENCE, &ast;
JOSEPH LOPES, DAVID MANN, GARY &ast;
MEYN,  RUSSELL NICKERSON, DIANE &ast;
OWENS, ERNEST QUINTIN, DONNA &ast;
RENE, JOSEPH SOCHA, STEPHEN &ast;
WATTS, and DUNSTAN WHITLOCK, &ast;

&ast;

Plaintiffs, &ast;

&ast;

v. &ast;

&ast;

NSTAR ELECTRIC & GAS CORPORATION, &ast;

&ast;

Defendant &ast;

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No. 04-11103-EFH

## DEFENDANT'S MOTION TO PROHIBIT USE OF EXPERT WITNESS (CAROL CHANDOR) AND STRIKE EXPERT REPORT, AND IN ALTERNATIVE FOR LEAVE TO CONDUCT DEPOSITION

Defendant NSTAR Electric and Gas Corporation ("Defendant") moves that the Plaintiffs be precluded from relying upon the opinions of Carol Chandor ("Ms. Chandor"), designated by Plaintiffs as an expert witness. Defendant further moves that Ms. Chandor's expert report be stricken.  In the alternative, Defendant prays that they be granted leave to conduct Ms. Chandor's deposition.  The grounds for this motion, as set forth in the memorandum of law submitted herewith, are that Ms. Chandor is expected to provide opinions, both in opposition to Defendant's Motion for Summary Judgment and at trial (if necessary), on subjects which are inappropriate for expert testimony.

## CERTIFICATE

I certify that I have discussed the foregoing motion with Plaintiffs' counsel in an effort to resolve the underlying issues.

Respectfully submitted,

NSTAR ELECTRIC AND GAS
CORPORATION,

By its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

By:_____
Keith B. Muntyan
B.B.O. #361380
Robert P. Morris
B.B.O. #546052

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on March 4, 2005, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris

2