UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT, ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK,** | \* |
| **Plaintiffs,** | |
| v. | Civil Action No. 04-11103-EFH |
| **NSTAR ELECTRIC & GAS CORPORATION,** | |
| **Defendant** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO CONTINUE DATE FOR FILING OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS**

All Plaintiffs to this action (collectively referred to as "Plaintiffs"), and Defendant NSTAR Electric and Gas Corporation ("NSTAR"), jointly move that the deadline for filing oppositions to summary judgment motions filed in this action by Plaintiffs and NSTAR on March 4, 2005, be continued from March 18, 2005, to and including April 5, 2005. The grounds for this motion are as follows:

1.     This is an action by Plaintiff retirees who were management employees at the time of their retirement from NSTAR and its predecessors.  The Plaintiffs challenge modifications to retiree dental benefits implemented in 2003.

2.     On March 4, both Plaintiffs and NSTAR served summary judgment motions in this action, and in <u>Charles J. Senior, et al. v. NSTAR Electric and Gas Corporation</u>, Civil Action No. 04-10160-EFH ("<u>Senior</u>").  The Plaintiffs in <u>Senior</u> raise claims similar to the Plaintiffs in this action.  Oppositions to motions for summary judgment in both cases are currently due on March 18, 2005.

3.     The Plaintiffs and Defendants in both cases submitted numerous exhibits in support of their motions.  In order to allow for adequate time for the parties to respond to these motions, and to accommodate existing obligations of counsel for Plaintiffs and Defendants (including vacations of counsel), the parties request that April 5 be established as the date by which oppositions to summary judgment motions be filed and served in this action.

4.     The parties further request that April 5 be established as the date by which Plaintiffs must serve and file their opposition to NSTAR's Motion to Prohibit Use of Expert Witness, also filed on March 4 in both <u>Senior</u> and in this action.

5.     An identical motion for extension of time is being filed simultaneously in <u>Senior</u>.

WHEREFORE, the parties pray that this motion be allowed, and that the deadline for opposing serving and filing oppositions to the summary judgment motions of Plaintiffs and Defendants, and the opposition to Defendants' Motion to Prohibit Use of Expert Witness, be continued from March 18, 2005, to and including April 5, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LOUIS BALESTRACCI, et al., | NSTAR ELECTRIC AND GAS CORPORATION, |
| By their Attorneys, | By its Attorneys, |
| PYLE, ROME, LICHTEN,<br>EHRENBERG & LISS-RIORDAN, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108<br>(617) 367-7200 | MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 |
| By:　s/Warren H. Pyle<br>　　　Warren H. Pyle<br>　　　 B.B.O. #408400 | By:　s/Robert P. Morris<br>　　　Keith B. Muntyan<br>　　　B.B.O. #361380<br>　　　Robert P. Morris<br>　　　B.B.O. #546052 |
| Dated: March 9, 2005 | Dated:  March 9, 2005 |