United States District Court
District of Massachusetts

_____

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN ) | |
| BONVILLE, ANDREW CARR, ROBERT ) | |
| COMEAU, LEO CONNELLY, JR., ) | |
| JOHN H. CORCORAN, JR., THOMAS ) | |
| DEARN, RICHARD ELDREDGE, ) | |
| RICHARD FLETCHER, BRIAN ) | |
| HAWKESWORTH, BEAUFORD HUNT ) | |
| ROBERT LAWRENCE, JOSEPH LOPES, ) | |
| DAVID MANN, GARY MEYN, ) | Civil Action No. 04-CV-11103-EFH |
| RUSSELL NICKERSON, DIANE ) | |
| OWENS, ERNEST QUINTIN, DONNA ) | |
| RENE, JOSEPH SOCHA, STEPHEN ) | |
| WATTS, and DUNSTAN WHITLOCK, ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | |
| NSTAR ELECTRIC & GAS ) | |
| CORPORATION, ) | |
| Defendant ) | |

**JOINT MOTION TO CONTINUE DATE FOR FILING
OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS**

All Plaintiffs to this action (collectively referred to as "Plaintiffs"), and Defendant

NSTAR Electric & Gas Corporation ("NSTAR"),jointly move that the deadline for filing

oppositions to summary judgment motions filed in this action by Plaintiffs and NSTAR

on March 4, 2005, be continued from April 5, 2005, to and including April 8, 2005.  The

grounds for this motion are as follows:

1.      This is an action by Plaintiff retirees who were management employees at

the time of their retirement from NSTAR and its predecessors.  The Plaintiffs challenge

modifications to retiree dental benefits implemented in 2003.

2.      On March 4, both Plaintiffs and Defendants served summary judgment

motions in this action, and in *Charles J. Senior, et al. v. NSTAR Electric and Gas*

*Corporation,* Civil Action No. 04-10160-EFH ("*Senior*").  The Plaintiffs in *Senior* raise

claims similar to the Plaintiffs in this action.  Oppositions to motions for summary

judgment in both cases are currently due on April 5, 2005.

      3.      The Plaintiffs and Defendants in both cases submitted numerous exhibits

in support of these motions.  In order to allow adequate time for the parties to respond to

these motions, and to accommodate existing obligations of counsel for Plaintiffs and

Defendants (including vacations of counsel), the parties request that April 8 be

established as the date by which oppositions to summary judgment motions be filed and

served in this action.

      4.      The parties further request that April 8 be established as the date by which

Plaintiff must serve and file their opposition to NSTAR's Motion to Prohibit Use of

Expert Witness, also filed on March 4 in both *Senior* and in this action.

      5.      An identical motion for extension of time is being filed simultaneously in

*Senior.*

      WHEREFORE, the parties pray that this motion be allowed, and that the deadline

for opposing serving and filing oppositions to the summary judgment motions of

Plaintiffs and Defendants, and the opposition to defendants' Motion to Prohibit Use of

Expert Witness, be continued from April 5, 2005, to and including April 8, 2005.

Respectfully submitted,

LOUIS BALESTRACCI, JEAN
BONVILLE, ANDREW CARR,
ROBERT COMEAU, LEO
CONNELLY, JR., JOHN H.
CORCORAN, JR., THOMAS
DEARN, RICHARD ELDREDGE,
RICHARD FLETCHER, BRIAN
HAWKESWORTH, BEAUFORD
HUNT, ROBERT LAWRENCE,
JOSEPH LOPES, DAVID MANN,
GARY MEYN, RUSSELL NICKERSON,
DIANE OWENS, ERNEST QUINTIN,
DONNA RENE, JOSEPH SOCHA,
STEPHEN WATTS,
and DUNSTAN WHITLOCK

By their attorneys,

  s/Warren H. Pyle
Warren H. Pyle, BBO #408400
Pyle, Rome, Lichten, Ehrenberg,
        & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

Dated: April 4, 2005

Respectfully submitted,

NSTAR ELECTRIC AND GAS
CORPORATION,

By its attorneys,

  s/Robert P. Morris
Robert P. Morris, BBO #546052
Keith Muntyan, BBO #361380
Morgan Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Dated:  April 4, 2005

Certificate of Service

        I certify that on April 4, 2005, I caused a true copy of this document to be served
by first class mail to defendant's attorney.

            s/Warren H. Pyle
            Warren H. Pyle, Esq. (BBO #408400)

3