— Retirement —

TABLE OF CONTENTS

ADMINISTRATIVE SECTION

LIFE EVENTS CHART

EMPLOYEES SAVINGS PLAN

MASTER MEDICAL PLAN

BLUE CHOICE PLAN

MEDEX PLAN

DENTAL BLUE PLAN

LIFE INSURANCE PLAN

PENSION PLAN

Kate Casale
1-781-441-8792

REDACTED
ATTORNEY-CLIENT

# Dental Blue Program 2

## Subscriber Certificate

**Incorporates Riders: R32, R33, R46, R48, BP148 and E01-028 at the end of this Subscriber Certificate.**


BlueCross BlueShield of Massachusetts

## If Your Claim Is Denied

If a claim for benefits is rejected by *Blue Cross and Blue Shield*, you or your beneficiary may appeal the decision by contacting your local Employee Benefits Representative. The Representative will help you or your beneficiary in appealing the case with *Blue Cross and Blue Shield*. If this appeal is not successful and there is still a disagreement with the decision, a hearing will be granted with a *Blue Cross and Blue Shield* Representative. You or your beneficiary may bring counsel to the hearing. *Blue Cross and Blue Shield* has the ultimate responsibility in claims settlement.

## Your Rights

This section describes the Dental Blue Program 2 in general. If any conflict arises between this description and the Plan document, or if we do not cover any point, the terms of the Plan document will always govern.

The Company reserves the right, subject to the provisions of any collective bargaining agreement, to amend, modify or terminate the Plan at anytime.

Please refer to the Administrative Information section for all information related to the administration of this Plan.

## Customer Service

**To write us:**   Send correspondence to the address on the paper administrative card that we send along with your plastic identification card or write to:

Blue Cross and Blue Shield of Massachusetts
100 Summer Street
Boston, MA 02110

**To telephone us:**   Call the customer service telephone number shown on your plastic identification card or call:

Customer Servcie Unit: 1-800-853-8833
TDD Service for the Deaf: 1-800-522-1254



BlueCross BlueShield of Massachusetts

**A NEW WAY OF CARING**

® Registered Marks of the Blue Cross and Blue Shield Association.
®´ Registered Mark(s) of Blue Cross and Blue Shield of Massachusetts.
© 1993 Blue Cross and Blue Shield of Massachusetts, Inc.
Printed at Blue Cross and Blue Shield of Massachusetts.

DENT BLUE 2 (9-1-93)                                                    Part #020810