# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
********************************************
LOUIS BALESTRACCI, JEAN            *
BONVILLE, ANDREW CARR, ROBERT      *
COMEAU, LEO CONELLY, JR., JOHN     *
CORCORAN, JR., THOMAS DEARN,       *
RICHARD ELDREDGE, RICHARD          *
FLETCHER, BRIAN HAWKESWORTH,       *
BEAUFORD HUNT, ROBERT LAWRENCE,    *
JOSEPH LOPES, DAVID MANN, GARY     *
MEYN,  RUSSELL NICKERSON, DIANE    *
OWENS, ERNEST QUINTIN, DONNA       *
RENE, JOSEPH SOCHA, STEPHEN        *
WATTS, and DUNSTAN WHITLOCK,       *
                                   *
        Plaintiffs,                *
                                   *
            v.                     *
                                   *
NSTAR ELECTRIC & GAS CORPORATION,  *
                                   *
        Defendant                  *
********************************************
```

Civil Action No. 04-11103-EFH

## DEFENDANT'S RENEWED MOTION TO PROHIBIT USE OF EXPERT WITNESS (CAROL CHANDOR) AND STRIKE EXPERT REPORT, AND IN ALTERNATIVE FOR LEAVE TO CONDUCT DEPOSITION

Defendant NSTAR Electric and Gas Corporation ("Defendant") renews its motion, filed on March 4, 2005, that Plaintiffs be precluded from relying upon the opinions of Carol Chandor ("Ms. Chandor"), designated by Plaintiffs as an expert witness. Defendant further moves that Ms. Chandor's expert report, and all exhibits thereto (attachment J to Exhibits to Plaintiffs' Statement of Undisputed Facts in Support of Motion for Summary Judgment) be stricken. In the alternative, Defendant prays that they be granted leave to conduct Ms. Chandor's deposition. The grounds for this motion, as set forth in the memorandum of law submitted on March 4, 2005, are that Ms. Chandor is expected to provide opinions, both in opposition to Defendant's Motion for Summary

Judgment and at trial (if necessary), on subjects which are inappropriate for expert testimony.

Respectfully submitted,

NSTAR ELECTRIC AND GAS CORPORATION,

By its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

By: _____
Keith B. Muntyan
B.B.O. #361380
Robert P. Morris
B.B.O. #546052

Dated: April 8, 2005

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on April 8, 2005, I caused to be served a copy of the within pleading by hand on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

_____
Robert P. Morris

2