## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
*********************************** 
LOUIS BALESTRACCI, JEAN             *
BONVILLE, ANDREW CARR, ROBERT       *
COMEAU, LEO CONELLY, JR.,  JOHN     *
CORCORAN, JR., THOMAS DEARN,        *
RICHARD ELDREDGE, RICHARD           *
FLETCHER, BRIAN HAWKESWORTH,        *
BEAUFORD  HUNT, ROBERT LAWRENCE,    *
JOSEPH LOPES, DAVID MANN, GARY      *
MEYN, RUSSELL NICKERSON, DIANE      *
OWENS, ERNEST QUINTIN, DONNA        *     Civil Action No. 04-11103-EFH
RENE, JOSEPH SOCHA, STEPHEN         *
WATTS, and DUNSTAN WHITLOCK,        *
                                    *
     Plaintiffs,                    *
                                    *
          v.                        *
                                    *
NSTAR ELECTRIC & GAS CORPORATION,   *
                                    *
     Defendant                      *
***********************************
```

### DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(B)(3), Defendant NSTAR Electric and Gas Corporation ("NSTAR") seeks leave to submit a reply memorandum in support of its Motion for Summary Judgment. The grounds for this motion are that the pleadings submitted by Plaintiffs in opposition to NSTAR's motion contain erroneous and insubstantial arguments, to which NSTAR seeks to respond. The reply memorandum is submitted herewith.

NSTAR further recites its agreement that Plaintiffs may submit a response to the enclosed reply memorandum within fourteen (14) days of service on Plaintiffs.

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for NSTAR hereby certifies that he conferred and attempted in good faith to resolve or narrow the issue presented by the instant motion, and that Plaintiffs have indicated their assent thereto.

s/Robert P. Morris
Robert P. Morris

Respectfully submitted,

NSTAR ELECTRIC AND GAS
CORPORATION

By its Attorneys,

MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

By:   s/Robert P. Morris
      Keith B. Muntyan
      B.B.O. No. 361380
      Robert P. Morris
      B.B.O. No. 546052

Dated: April 29, 2005

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on April 29, 2005, I caused to be served a copy of the within pleading by first class mail on counsel for Plaintiffs, Warren H. Pyle, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C., 18 Tremont Street, Suite 500, Boston, MA 02108.

s/Robert P. Morris
Robert P. Morris