UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LOUIS BALESTRACCI, ET AL.,
                Plaintiffs

v.

NSTAR ELECTRIC & GAS CORPORATION,
                Defendant.

CIVIL ACTION NO.:
04-11103-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

May 31, 2005

HARRINGTON, S.D.J.

    Before the Court are the parties' cross motions for summary judgment. This case is virtually identical to a related case, <u>Senior v. NSTAR Electric & Gas Corp.</u>, No. 04-CV-10160-EFH, except that in this case plaintiffs are former management employees and plaintiffs' claims only relate to the termination of certain dental benefits.

    For the reasons discussed in Section III of the May 31, 2005 Memorandum and Order in <u>Senior v. NSTAR Electric & Gas Corp.</u>, No. 04-CV-10160-EFH, the Court denies plaintiffs' motion for summary judgement and grants defendants' summary judgment motion on all counts.

    SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge