UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Louis Balestracci, Jean Bonville, Andrew Carr,
Robert Comeau, Leo Conelly, Jr. Thomas Dearn,
Richard Eldredge, Richard Fletcher, Brian
Hawkesworth, Beauford Hunt, Robert Lawrence,
Joseph Lopes, David Mann, Gary Meyn, Russell
Nickerson, Diane Owens, Ernest Quintin, Donna Rene,
Joseph Socha, Stephen Watts, Dunstan Whitlock,
John H. Corcoran

                     **Plaintiff**

    V.

**Nstar Electric & Gas Corporation**
                     **Defendant**

CIVIL ACTION

NO.  04-11103-EFH

## JUDGMENT

Edward F. Harrington    S. D. J.

In accordance with the Court's Order dated    May 31, 2005

granting    Defendants    motion for summary judgment in the above-entitled

action, it is hereby ORDERED:

        Judgment for the   DEFENDANTS

By the Court,

*Sandra E. Holahan*

**Deputy Clerk**

6/1/05
**Date**