## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS BALESTRACCI, JEAN BONVILLE, ANDREW CARR, ROBERT COMEAU, LEO CONNELLY, JR., JOHN H. CORCORAN, JR., THOMAS DEARN, RICHARD ELDREDGE, RICHARD FLETCHER, BRIAN HAWKESWORTH, BEAUFORD HUNT ROBERT LAWRENCE, JOSEPH LOPES, DAVID MANN, GARY MEYN, RUSSELL NICKERSON, DIANE OWENS, ERNEST QUINTIN, DONNA RENE, JOSEPH SOCHA, STEPHEN WATTS, and DUNSTAN WHITLOCK<br>    Plaintiffs<br>v.<br><br>NSTAR ELECTRIC & GAS CORPORATION<br>    Defendant | Civil Action No. 04-CV-11103-EFH |

### NOTICE OF APPEAL

Notice is hereby given that all plaintiffs hereby appeal to the United States Court of Appeals for the First Circuit from the order of the Court in this case dated May 31, 2005, granting defendants' motion for summary judgment on all counts, and from the judgment entered on June 1, 2005.

                         Respectfully submitted:

                         LOUIS BALESTRACCI, et als.,
                         By their attorneys,

                         _____
                         Warren H. Pyle, BBO # 408400
                         Pyle, Rome, Lichten, Ehrenberg
                               & Liss-Riordan
                         18 Tremont Street, Suite 500
                         Boston, MA 02108
Dated: June 3, 2005          Tel: (617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record, by facsimile and first class mail, on June 3, 2005.

                         _____
                         Warren H. Pyle