**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USCA Docket Number:

USDC Docket Number : 04-cv-11103

Luis Balestracci, et al

v.

Nstar Electric & Gas Corporation

---

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/3/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 10, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/10/05.

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11103-EFH

| | |
|---|---|
| Balestracci et al v. Nstar Electric & Gas Corporation | Date Filed: 05/25/2004 |
| Assigned to: Judge Edward F. Harrington | Jury Demand: Plaintiff |
| Cause: 29: 145 E.R.I.S.A. | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

### Plaintiff

**Louis Balestracci**     represented by **Warren H. Pyle**
Pyle, Rome & Lichten, & Ehrenberg, P.C.
18 Tremont Street,
Suite 500
Boston, MA 02108
617-367-7200
Fax: 617-367-4820
Email: wpyle@prle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Jean Bonville**     represented by **Warren H. Pyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Andrew Carr**     represented by **Warren H. Pyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Robert Comeau             represented by **Warren H. Pyle**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Leo Conelly, Jr.          represented by **Warren H. Pyle**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Thomas Dearn              represented by **Warren H. Pyle**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Eldredge          represented by **Warren H. Pyle**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Richard Fletcher          represented by **Warren H. Pyle**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Brian Hawkesworth         represented by **Warren H. Pyle**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

Beauford Hunt             represented by **Warren H. Pyle**

                                                    (See above for address)  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Lawrence**      represented by **Warren H. Pyle**  
                                                    (See above for address)  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lopes**      represented by **Warren H. Pyle**  
                                                    (See above for address)  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Mann**      represented by **Warren H. Pyle**  
                                                    (See above for address)  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Meyn**      represented by **Warren H. Pyle**  
                                                    (See above for address)  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell Nickerson**      represented by **Warren H. Pyle**  
                                                    (See above for address)  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Owens**      represented by **Warren H. Pyle**  
                                                    (See above for address)  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernest Quintin**            represented by **Warren H. Pyle**
                               (See above for address)
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Rene**               represented by **Warren H. Pyle**
                               (See above for address)
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Socha**             represented by **Warren H. Pyle**
                               (See above for address)
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Watts**            represented by **Warren H. Pyle**
                               (See above for address)
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dunstan Whitlock**         represented by **Warren H. Pyle**
                               (See above for address)
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John H. Corcoran**         represented by **Warren H. Pyle**
                               (See above for address)
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Nstar Electric & Gas Corporation** | represented by | **Keith B. Muntyan**<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>11th Floor<br>Boston, MA 02109<br>617-523-6666<br>Fax: 617-367-3125<br>Email: keithmuntyan@morganbrown.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert P. Morris**<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>11th Floor<br>Boston, MA 02109<br>617-523-6666<br>Fax: 617-367-3125<br>Email: rmorris@morganbrown.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 56168, filed by Louis Balestracci, Jean Bonville, Andrew Carr, Robert Comeau, Leo Conelly Jr., Thomas Dearn, Richard Eldredge, Richard Fletcher, Brian Hawkesworth, Beauford Hunt, Robert Lawrence, Joseph Lopes, David Mann, Gary Meyn, Russell Nickerson, Diane Owens, Ernest Quintin, Donna Rene, Joseph Socha, Stephen Watts, Dunstan |

| | | |
|---|---|---|
| | | Whitlock.(Holahan, Sandra) (Entered: 05/27/2004) |
| 05/25/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge COLLINGS. (Holahan, Sandra) (Entered: 05/27/2004) |
| 05/25/2004 | ● | Summons Issued as to Nstar Electric & Gas Corporation. (Holahan, Sandra) (Entered: 05/27/2004) |
| 06/09/2004 | ●2 | NOTICE of Scheduling Conference Scheduling Conference set for 9/22/2004 02:00 PM in Courtroom 13 before Edward F. Harrington. cc/cl(Holahan, Sandra) (Entered: 06/10/2004) |
| 06/10/2004 | ●3 | SUMMONS Returned Executed Nstar Electric & Gas Corporation served on 6/3/2004, answer due 6/23/2004. (Filo, Jennifer) (Entered: 06/14/2004) |
| 06/23/2004 | ●4 | NOTICE of Appearance by Robert P. Morris on behalf of Nstar Electric & Gas Corporation (Holahan, Sandra) (Entered: 06/24/2004) |
| 06/23/2004 | ●5 | MOTION to Dismiss by Nstar Electric & Gas Corporation.(Holahan, Sandra) (Entered: 06/29/2004) |
| 06/23/2004 | ●6 | MEMORANDUM in Support re 5 MOTION to Dismiss filed by Nstar Electric & Gas Corporation. (BOUND - NOT SCANNED) (Holahan, Sandra) (Entered: 06/29/2004) |
| 07/07/2004 | ●7 | MOTION to Expedite *Discovery Schedule or for Enlargement of Time to Respond to Defendant's Motion to Dismiss and Incorporated Memorandum* by All Plaintiffs.(Pyle, Warren) (Entered: 07/07/2004) |
| 07/13/2004 | ● | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 7 Motion to Expedite discovery schedule. MOTION FOR EXPEDITED DISCOVERY IS ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/13/2004) |
| | | |

| | | |
|---|---|---|
| 07/30/2004 | 8 | MOTION to Amend 1 Complaint, by All Plaintiffs. (Filo, Jennifer) (Entered: 08/02/2004) |
| 08/09/2004 | 9 | JOINT MOTION to Continue discovery and other case deadlines to 11/1/2004 by All Plaintiffs, Nstar Electric & Gas Corporation.(Holahan, Sandra) (Entered: 08/11/2004) |
| 08/11/2004 | 10 | ANSWER to Complaint by Nstar Electric & Gas Corporation.(Holahan, Sandra) (Entered: 08/16/2004) |
| 08/12/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 9 Motion to Continue discovery and other case deadlines. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/12/2004) |
| 08/24/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 8 Motion to Amend complaint. MOTION IS GRANTED. cc/cl (Holahan, Sandra) (Entered: 08/24/2004) |
| 08/25/2004 | 13 | ANSWER to Amended Complaint by Nstar Electric & Gas Corporation.(Holahan, Sandra) (Entered: 08/31/2004) |
| 08/30/2004 | 11 | AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Pyle, Warren) (Entered: 08/30/2004) |
| 08/30/2004 | 12 | MOTION to Continue Scheduling Conference to October 12, 2004 by All Plaintiffs.(Pyle, Warren) (Entered: 08/30/2004) |
| 09/02/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 12 Motion to Continue scheduling conference. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 09/03/2004) |
| 09/02/2004 | 14 | REVISED NOTICE of Scheduling Conference Scheduling Conference RESET for 10/21/2004 02:00 PM in Courtroom 13 before Edward F. Harrington. (Holahan, Sandra) (Entered: 09/03/2004) |

| | | |
|---|---|---|
| 10/05/2004 | 18 | Judge Edward F. Harrington : ORDER entered. The plaintiffs are ordered to respond to the defendant's motion to dismiss on/before 11/1/2004. Plaintiffs' response was due on 7/7/2004. Failure of the plaintiffs to submit their response on/before the ordered date will result in defendant's motion being granted. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 10/07/2004) |
| 10/06/2004 | 15 | JOINT STATEMENT of counsel *Rule 16 Conference*. (Morris, Robert) (Entered: 10/06/2004) |
| 10/06/2004 | 16 | JOINT STATEMENT of counsel *Rule 16 conf (corrected)*. (Morris, Robert) (Entered: 10/06/2004) |
| 10/06/2004 | 17 | STATEMENT OF COUNSEL *Rule 16 Certification* by Nstar Electric & Gas Corporation. (Morris, Robert) (Entered: 10/06/2004) |
| 10/20/2004 | 19 | AMENDED DOCUMENT by Nstar Electric & Gas Corporation. Amendment to 16 Joint statement of counsel *Defendant's Supplement*. (Morris, Robert) (Entered: 10/20/2004) |
| 10/21/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Edward F. Harrington : Scheduling Conference held on 10/21/2004. Counsel for both parties appear; Plaintiffs' counsel with assent of defendants' counsel file joint motion to continue dicovery and other case deadlines; Court approves; Joint motion also file in CA04-11103 to continue discovery; Court approves; (Court Reporter none.) (Holahan, Sandra) (Entered: 10/21/2004) |
| 10/21/2004 | 20 | JOINT MOTION for Extension of Time to 1/14/2004 to complete discovery and file dispositive motions by All Plaintiffs, Nstar Electric & Gas Corporation. (Holahan, Sandra) (Entered: 10/26/2004) |
| 10/21/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 20 Motion for Extension of Time. |

| | | |
|---|---|---|
| | | MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 10/26/2004) |
| 10/22/2004 | 21 | CERTIFICATION pursuant to Local Rule 16.1 by Robert Comeau, Leo Conelly Jr., Richard Eldredge, Brian Hawkesworth, Beauford Hunt, Robert Lawrence, Joseph Lopes, David Mann, Gary Meyn, Diane Owens, Ernest Quintin, Donna Rene, Joseph Socha, Stephen Watts, Dunstan Whitlock.(Holahan, Sandra) (Entered: 10/26/2004) |
| 10/22/2004 | 22 | CERTIFICATION pursuant to Local Rule 16.1 by Jean Bonville.(Holahan, Sandra) (Entered: 10/26/2004) |
| 10/22/2004 | 23 | CERTIFICATION pursuant to Local Rule 16.1 by John H. Corcoran.(Holahan, Sandra) (Entered: 10/26/2004) |
| 10/22/2004 | 24 | CERTIFICATION pursuant to Local Rule 16.1 by Jean Bonville.(Holahan, Sandra) (Entered: 10/26/2004) |
| 10/27/2004 | 25 | CERTIFICATE OF CONSULTATION *Under Local Rule 16.1* by Warren H. Pyle on behalf of Thomas Dearn. (Pyle, Warren) (Entered: 10/27/2004) |
| 11/10/2004 | 26 | CERTIFICATION pursuant to Local Rule 16.1 by Louis Balestracci.(Pyle, Warren) (Entered: 11/10/2004) |
| 12/17/2004 | 27 | JOINT MOTION for Extension of Time to 1/14/2005 for completing discovery and 2/11/2005 for filing dispositive motions by All Plaintiffs.(Holahan, Sandra) (Entered: 12/22/2004) |
| 12/20/2004 | 28 | NOTICE of Change of Address by Robert P. Morris, Keith B. Muntyan (Holahan, Sandra) (Entered: 12/23/2004) |
| 12/30/2004 | | Judge Edward F. Harrington : ElectronicORDER entered granting 27 Motion for Extension of Time. |

| | | |
|---|---|---|
| | | MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 01/03/2005) |
| 02/07/2005 | 29 | STIPULATION *(Joint Motion) for extension of time to file summary judgment motions* by Nstar Electric & Gas Corporation. (Morris, Robert) (Entered: 02/07/2005) |
| 02/08/2005 | | Judge Edward F. Harrington : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 29 Stipulation filed by Nstar Electric & Gas Corporation. MOTION ALLOWED. cc/cl(Holahan, Sandra) (Entered: 02/08/2005) |
| 02/28/2005 | 30 | MOTION to Amend 11 Amended Complaint *and Incorporate Memorandum* by All Plaintiffs.(Pyle, Warren) (Entered: 02/28/2005) |
| 03/04/2005 | 31 | MOTION for Summary Judgment by All Plaintiffs. (Holahan, Sandra) (Entered: 03/08/2005) |
| 03/04/2005 | 32 | MEMORANDUM in Support re 31 MOTION for Summary Judgment filed by All Plaintiffs. (Holahan, Sandra) (Entered: 03/08/2005) |
| 03/04/2005 | 33 | PLAINTIFF'S STATEMENT of undisputed facts re 31 MOTION for Summary Judgment. (Holahan, Sandra) (Entered: 03/08/2005) |
| 03/04/2005 | 34 | EXHIBITS re 33 Statement of facts by All Plaintiffs. (Attachments: # 1 Exhibit A-J (NOT SCANNED)) (Holahan, Sandra) (Entered: 03/08/2005) |
| 03/04/2005 | 35 | RENEWED MOTION to Dismiss AND MOTION for Summary Judgment by Nstar Electric & Gas Corporation.(Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 36 | Defendant's STATEMENT of undisputed, material facts. (Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 37 | MEMORANDUM in Support re 35 MOTION to Dismiss MOTION for Summary Judgment filed by |

| | | |
|---|---|---|
| | | Nstar Electric & Gas Corporation. (Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 38 | APPENDIX/EXHIBIT re 35 MOTION for Summary Judgment by Nstar Electric & Gas Corporation. (Volume I: Exhibit #1-12) (NOT SCANNED-BOUND) (Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 39 | APPENDIX/EXHIBIT re 35 MOTION for Summary Judgment by Nstar Electric & Gas Corporation. (Volume II: Exhibit #13-44) (NOT SCANNED-BOUND) (Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 40 | APPENDIX/EXHIBIT re 35 MOTION to Dismiss MOTION for Summary Judgment by Nstar Electric & Gas Corporation. (Volume I: #1-28) (NOT SCANNED-BOUND) (Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 41 | APPENDIX/EXHIBIT re 35 MOTION to Dismiss MOTION for Summary Judgment by Nstar Electric & Gas Corporation. (Volume II: Exhibit #29-63) (NOT SCANNED-BOUND) (Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 42 | MOTION to prohibit use of expert witness (Carol Chandor) and strike expert report, and in alternative for leave to conduct deposition by Nstar Electric & Gas Corporation.(Holahan, Sandra) (Entered: 03/09/2005) |
| 03/04/2005 | 43 | MEMORANDUM in Support re 42 MOTION to prohibit use of expert witness (Carol Chandor) and strike expert report, and in alternative for leave to conduct deposition filed by Nstar Electric & Gas Corporation. (Attachments: # 1 Exhibit A-C (NOT SCANNED))(Holahan, Sandra) (Entered: 03/09/2005) |
| 03/09/2005 | | Withdrawal of motion: 5 MOTION to Dismiss filed by Nstar Electric & Gas Corporation,. (Holahan, Sandra) (Entered: 03/09/2005) |

| | | |
|---|---|---|
| 03/09/2005 | 44 | Joint MOTION for Extension of Time to 4/5/05 to File Response/Reply as to 31 MOTION for Summary Judgment, 35 MOTION to Dismiss MOTION for Summary Judgment *Defendant's Motion to Strike Expert Report* by Nstar Electric & Gas Corporation. (Morris, Robert) (Entered: 03/09/2005) |
| 03/10/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 44 Motion for Extension of Time to File Response/Reply re 35 MOTION to Dismiss MOTION for Summary Judgment, 31 MOTION for Summary Judgment Responses due by 4/5/2005 MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 03/11/2005) |
| 03/31/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 30 Motion to Amend. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 03/31/2005) |
| 04/04/2005 | 45 | Joint MOTION for Extension of Time to 4/8/05 to To File Oppositions to Summary Judgment Motions by Nstar Electric & Gas Corporation, All Plaintiffs.(Pyle, Warren) (Entered: 04/04/2005) |
| 04/05/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 45 Motion for Extension of Time. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 04/05/2005) |
| 04/08/2005 | 46 | Opposition re 35 MOTION to Dismiss MOTION for Summary Judgment *by Defendant* filed by All Plaintiffs. (Pyle, Warren) (Entered: 04/08/2005) |
| 04/08/2005 | 47 | Response by All Plaintiffs *to Defendant's Statement of Undisputed Material Facts and Supplement to Their Statement of Undisputed Material Facts*. (Attachments: # 1 Exhibit A)(Pyle, Warren) (Entered: 04/08/2005) |
| 04/08/2005 | 48 | Opposition re 42 MOTION to prohibit use of expert |

| | | |
|---|---|---|
| | | witness (Carol Chandor) and strike expert report, and in alternative for leave to conduct deposition filed by All Plaintiffs. (Pyle, Warren) (Entered: 04/08/2005) |
| 04/08/2005 | 49 | Response by Nstar Electric & Gas Corporation to 33 Statement of facts. (Holahan, Sandra) Additional attachment(s) (Exhibits 1-8)added on 4/13/2005 (Holahan, Sandra). Modified on 4/13/2005 (Holahan, Sandra). (Entered: 04/12/2005) |
| 04/08/2005 | 50 | MEMORANDUM in Opposition re 31 MOTION for Summary Judgment filed by Nstar Electric & Gas Corporation. (Holahan, Sandra) (Entered: 04/12/2005) |
| 04/08/2005 | 51 | RENEWED MOTION to prohibit use of expert witness (Carol Chandor) and strike expert report, and in alternative for leave to conduct deposition by Nstar Electric & Gas Corporation.(Holahan, Sandra) (Entered: 04/13/2005) |
| 04/11/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting in part and denying in part 42 Motion to prohibit use of expert witness (Carol Chandor) and strike expert report, and in alternative for leave to conduct deposition. MOTION TO PROHIBIT IS DENIED. MOTION TO DEPOSE IS ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 04/12/2005) |
| 04/29/2005 | 52 | Assented to MOTION for Leave to File *Reply Brief in Support of Summary Judgment Motion* by Nstar Electric & Gas Corporation.(Morris, Robert) (Entered: 04/29/2005) |
| 04/29/2005 | 53 | REPLY to Response to Motion re 35 MOTION to Dismiss MOTION for Summary Judgment filed by Nstar Electric & Gas Corporation. (Morris, Robert) (Entered: 04/29/2005) |
| 05/02/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 52 Motion for Leave to File reply. |

|  |  |  |
|---|---|---|
|  |  | MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/02/2005) |
| 05/11/2005 | 54 | REPLY to Response to Motion re 31 MOTION for Summary Judgment filed by All Plaintiffs. (Holahan, Sandra) (Entered: 05/16/2005) |
| 05/31/2005 | 55 | Judge Edward F. Harrington : Electronic ORDER entered denying 31 Motion for Summary Judgment, granting 35 Motion to Dismiss, granting 35 Motion for Summary Judgment. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 06/01/2005) |
| 06/01/2005 | 56 | Judge Edward F. Harrington : ORDER entered. JUDGMENT in favor of Defendant against Plaintiffs (Holahan, Sandra) (Entered: 06/01/2005) |
| 06/03/2005 | 57 | NOTICE OF APPEAL as to 55 Order on Motion for Summary Judgment, Order on Motion to Dismiss,, 56 Judgment by All Plaintiffs. $ 255, receipt number 64679 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/23/2005. (Holahan, Sandra) (Entered: 06/07/2005) |