04- 11103
USDC-MASO
S. Harrington

# United States Court of Appeals
## For the First Circuit

No. 05-1894

MANDATE

LOUIS BALESTRACCI, ET AL.,

Plaintiffs, Appellants,

v.

NSTAR ELECTRIC AND GAS CORPORATION,

Defendant, Appellee.

**JUDGMENT**

Entered: May 31, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed. The parties shall bear their own costs.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Deputy Clerk

Date: 6/29/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Pyle, Mr. Collins, Ms. Carter, Mr. West, Mr. Dayan, Mr. Muntyan, & Mr. Morris.]